# STATE OF ALABAMA



## INDICTMENT AND WARRANT MANUAL

Developed by: ALABAMA LAW INSTITUTE

## VOLUME I

## CRIMINAL CODE, TITLE 13A

Office Prosecution Services
515 South Perry Street
Montgomery, AL 36130
334/242-4191

The Administrative Office of Courts
300 Dexter Avenue
Montgomery, AL 36104-3741
334/242-0300

Copyright, 1998, 1988 and 1979 by The Alabama Law Institute

## EXHIBIT 2

§13A-12-231                                                                                                      §13A-12-231

## §13A-12-231(2)

### TRAFFICKING IN COCAINE

(The Grand Jury of said County charges that before the finding of this Indictment,) A.B., whose name is otherwise unknown to the (Grand Jury) (Complainant), did unlawfully and knowingly sell, manufacture, deliver or bring into this state, or knowingly have in actual or constructive possession 28 grams or more, of cocaine or of any mixture containing cocaine, in violation of §13A-12-231 of the Code of Alabama(, against the peace and dignity of the State of Alabama).

August 1, 1998                                          #2-40

34