## COUNT IV

The Grand Jury of said County further charges that before the finding of this indictment, Maria Chavez and Ubaldo Chavez, whose names are to the Grand Jury otherwise unknown, did, knowingly and unlawfully possess actually or constructively on, to-wit: January 27, 1999, in or near Decatur, Morgan County, Alabama, a quantity of cannabis in excess of 2.2 pounds, but less than 100 pounds, in violation of Section 13A-12-231 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

BOB BURRELL
District Attorney
Eighth Judicial Circuit

**EXHIBIT 4**