RECEIVED

2005 NOV 17  A 10:29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | |
|---|---|
| GEORGE C. ESENSOY, a/k/a GEORGE C. ESENSOI  Plaintiff, vs.  H.W. "BUCKY" Mc MILLAN, SUE BELL COBB, PAMELA W. BASCHAB GREG SHAW, A. KELLI WISE, individually and in his/her capacity as justices of the Alabama Court of Criminal Appeals  Defendants. | Case No. 2:05cv1063 |

## AMENDMENT TO THE COMPLAINT

Plaintiff, George Esensoy, pursuant to Rule 15(a), Fed. R. Civ. P., submits this amendment to address a new fact in the complaint dated November 1, 2005. On November 11, 2005 the Supreme Court of Alabama denied the plaintiff's petition for Writ of Certiorari. Consequently, paragraph 23 should be amended to read as follows:

1

**From**

    23. The plaintiff filed a petition for Writ of Certiorari with the Supreme Court of Alabama on September 23, 2005 and the petition is currently pending in that Court.

**To**

    23. The plaintiff filed a petition for Writ of Certiorari with the Supreme Court of Alabama on September 23, 2005 and the petition was subsequently denied.

Respectfully submitted, this the 15th day of November, 2005.

*[signature]*
George Esensoy
7601 Foxfire Drive
Huntsville, Alabama
    35802

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Attorney General for the State of Alabama, State House, 11 South Union Street, Montgomery Alabama, 36104 and the defendants, the justices on the Criminal Court of Appeals, at 300 Dexter Avenue, P.O. Box 301555, Montgomery, Alabama, 36130-1555, by placing a copy of same in the United States Mail, postage prepaid, address as above, each their last known address, on this the 15th day of November, 2005.

*George Esensoy* (signature)
George Esensoy
7601 Foxfire Dr.
Huntsville, Al 35802