AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, MONTGOMERY DIVISION__

GEORGE ESENSOY, a/k/a
GEORGE ESENSOI

        Plaintiff,

V.

## SUMMONS IN A CIVIL ACTION

H.W. "BUCKY" Mc MILLAN,
SUE BELL COBB, PAMELA W. BASCHAB
GREG SHAW, A. KELLI WISE, individually
and in his/her capacities as justices of the
Alabama Court of Criminal Appeals

        Defendants.

CASE NUMBER: 2:05cv 1063-T

TO: (Name and address of Defendant)

    GREG SHAW
    COURT OF CRIMINAL APPEALS
    300 DEXTER AVENUE, P.O. BOX 301555
    MONTGOMERY, ALABAMA 36130-1555

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF

    GEORGE ESENSOY
    7601 FOXFIRE DRIVE
    HUNTSVILLE, ALABAMA 35802

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_             11-29-05

CLERK                           DATE

_Charlene Campbell_

(By) DEPUTY CLERK      1

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA, MONTGOMERY DIVISION |

GEORGE ESENSOY, a/k/a
GEORGE ESENSOI

       Plaintiff,

V.

**SUMMONS IN A CIVIL ACTION**

H.W. "BUCKY" Mc MILLAN,
SUE BELL COBB, PAMELA W. BASCHAB
GREG SHAW, A. KELLI WISE, individually
and in his/her capacities as justices of the
Alabama Court of Criminal Appeals

       Defendants.

CASE NUMBER: 2:05cv1063-T

TO: (Name and address of Defendant)

    PAMELA W. BASCHAB
    COURT OF CRIMINAL APPEALS
    300 DEXTER AVENUE, P.O. BOX 301555
    MONTGOMERY, ALABAMA 36130-1555

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF

    GEORGE ESENSOY
    7601 FOXFIRE DRIVE
    HUNTSVILLE, ALABAMA 35802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                        11-29-05

CLERK                                        DATE

*Charlene Campbell*

(By) DEPUTY CLERK

1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, MONTGOMERY DIVISION

GEORGE ESENSOY, a/k/a
GEORGE ESENSOI

    V. Plaintiff,

**SUMMONS IN A CIVIL ACTION**

H.W. "BUCKY" Mc MILLAN,
SUE BELL COBB, PAMELA W. BASCHAB
GREG SHAW, A. KELLI WISE, individually
and in his/her capacities as justices of the
Alabama Court of Criminal Appeals

Defendants.

CASE NUMBER: 2:05cv1063-T

TO: (Name and address of Defendant)

    H.W. "BUCKY" McMILLAN
    COURT OF CRIMINAL APPEALS
    300 DEXTER AVENUE, P.O. BOX 301555
    MONTGOMERY, ALABAMA 36130-1555

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF

    GEORGE ESENSOY
    7601 FOXFIRE DRIVE
    HUNTSVILLE, ALABAMA 35802

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*          11-29-05

CLERK          DATE

*Charlene Campbell*

(By) DEPUTY CLERK      1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, MONTGOMERY DIVISION__

GEORGE ESENSOY, a/k/a
GEORGE ESENSOI

V.   Plaintiff,

**SUMMONS IN A CIVIL ACTION**

H.W. "BUCKY" Mc MILLAN,
SUE BELL COBB, PAMELA W. BASCHAB
GREG SHAW, A. KELLI WISE, individually
and in his/her capacities as justices of the
Alabama Court of Criminal Appeals

Defendants.

CASE NUMBER: 2:05cv1063-T

TO: (Name and address of Defendant)

A. KELLI WISE
COURT OF CRIMINAL APPEALS
300 DEXTER AVENUE, P.O. BOX 301555
MONTGOMERY, ALABAMA 36130-1555

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF

GEORGE ESENSOY
7601 FOXFIRE DRIVE
HUNTSVILLE, ALABAMA 35802

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                           11-29-05

CLERK                                                       DATE

_Charlene Campbell_

(By) DEPUTY CLERK

1

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, MONTGOMERY DIVISION__

GEORGE ESENSOY, a/k/a
GEORGE ESENSOI

V.  Plaintiff,

**SUMMONS IN A CIVIL ACTION**

H.W. "BUCKY" Mc MILLAN,
SUE BELL COBB, PAMELA W. BASCHAB
GREG SHAW, A. KELLI WISE, individually
and in his/her capacities as justices of the
Alabama Court of Criminal Appeals

Defendants.

CASE NUMBER: 2:05CV1063-T

TO: (Name and address of Defendant)

SUE BELL COBB
COURT OF CRIMINAL APPEALS
300 DEXTER AVENUE, P.O. BOX 301555
MONTGOMERY, ALABAMA 36130-1555

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF

GEORGE ESENSOY
7601 FOXFIRE DRIVE
HUNTSVILLE, ALABAMA 35802

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                     11-29-05

CLERK                                                                                           DATE

*Charlene Campbell*

(By) DEPUTY CLERK                                    1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, MONTGOMERY DIVISION

GEORGE ESENSOY, a/k/a
GEORGE ESENSOI

V.  Plaintiff,

**SUMMONS IN A CIVIL ACTION**

H.W. "BUCKY" Mc MILLAN,
SUE BELL COBB, PAMELA W. BASCHAB
GREG SHAW, A. KELLI WISE, individually
and in his/her capacities as justices of the
Alabama Court of Criminal Appeals

Defendants.

CASE NUMBER: 2:05cv 1063-T

TO: (Name and address of Defendant)

TROY KING, ATTORNEY GENERAL OF THE STATE OF ALABAMA
STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF

GEORGE ESENSOY
7601 FOXFIRE DRIVE
HUNTSVILLE, ALABAMA 35802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                11-29-05

CLERK                                           DATE

_Charlene Campbell_                             1

(By) DEPUTY CLERK