| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Judge Sue Bell Cobb<br>300 Dexter Ave, P.O. Box 301555<br>Montgomery, AL 36130-1555<br><br>05cv1063 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>RECEIVED<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0005 3382 0190 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540