IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GEORGE C. ESENSOY, a/k/a GEORGE C. ESENSOI | * |
| | * |
| Plaintiff, | |
| | * |
| v. | CIVIL ACTION NO. 2:05-CV-1063-T |
| | * |
| H.W. "BUCKY" MCMILLAN, *et al.*, | |
| | * |
| Defendants. | |
| _____ | * |

**ORDER**

For good cause, and in light of the Recommendation of the Magistrate Judge being entered simultaneously with the instant directive, it is

**ORDERED** that the summons issued in this matter on November 29, 2005 be and are hereby QUASHED.

The Clerk of Court is directed to SEND a copy of this order to Plaintiff and the named defendants.

Done this 6th day of December 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE