IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE ESENSOY, aka <br> GEORGE ESENSOI, <br><br> Plaintiff, <br><br> v. <br><br> H.W. "BUCKY" MCMILLIAN, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO 2:05-CV-1063-T <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR EXTENSION OF TIME

Come now the Defendants, by and through the undersigned counsel and move for an extension of time of 40 (forty) days to file an Answer in this cause and for grounds states as follows:

1. The Answer for the defendants is due December 21, 2005.

2. The undersigned, Cheairs M. Porter, is scheduled for a trial in the Northern District on December 19, 2005.

3. The Plaintiff makes multiple allegations against the Defendants which are complex and more time is needed to adequately prepare a response.

4. No party will be prejudiced by such and extension.

Respectfully Submitted,

/s/ Cheairs M. Porter
Cheairs M. Porter
Assistant Attorney General

/s/ John M. Porter
John M. Porter
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that I have on this the 7th day of December, 2005, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

George Esensoy
7601 Foxfire Drive
Huntsville, AL 35802

/s/ Cheairs M. Porter
Cheairs M. Porter

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 353-8811
(334) 242-2433