| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Barnett_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                              12-6-05 |
| 1. Article Addressed to:<br><br>Troy King, Attorney General<br>11 South Union Street<br>Montgomery, AL<br>          36130<br><br>          05cv1063 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:      ☐ No<br><br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7004 2510 0005 3802 0244 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |