IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GEORGE C. ESENSOY, a/k/a  *
GEORGE C. ESENSOI
                                                      *

    Plaintiff,
                                                      *

    v.                                 CIVIL ACTION NO. 2:05-CV-1063-T
                                                      *

H.W. "BUCKY" MCMILLAN, *et al.*,
                                                      *

    Defendants.
_____  *

## ORDER ON MOTION

Upon consideration of Defendants' *Motion for Extension of Time*, and in light of the *Recommendation of the Magistrate Judge* entered December 6, 2005, it is

**ORDERED** that the Motion for Extension of Time (Doc. No. 10) is **DENIED as moot.**

Done this 8th day of December 2005.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE