RECEIVED
2005 DEC 21 A ⧸25

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| GEORGE C. ESENSOY, a/k/a<br>GEORGE C. ESENSOI<br><br>Plaintiff,<br><br>vs.<br><br><br><br><br>H.W. "BUCKY" Mc MILLAN,<br>SUE BELL COBB, PAMELA W. BASCHAB<br>GREG SHAW, A. KELLI WISE, individually<br>and in his/her capacity as justices of the<br>Alabama Court of Criminal Appeals<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:05-CV-1063-T<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO CORRECT CLERICAL ERROR

**GEORGE ESENSOY
7601 FOXFIRE DR.
HUNTSVILLE, ALABAMA
                35802**

# MOTION TO CORRECT CLERICAL ERROR

Comes now the George Esensoy, pro se, moves this Honorable Court to correct the following clerical errors in the plaintiff's submission dated December 14, 2005, "Plaintiff's Objections To Recommendation of the Magistrate Judges Recommendation" by substituting the attached pages with the pages in the submission. The errors are identified as follows:

1. Page 1, A.1. "Exhibit 3" should read "Exhibit 2."

2. Page 6, ¶ 8 "...Rooker-Feldman doesn't bar jurisdiction." should read "...Rooker-Feldman doesn't bar jurisdiction.""

3. Page 7, ¶ 8 A. "In the Complaint Exhibit 1, page 2." should read "In the Complaint Exhibit 3, page 2."

Respectfully submitted the 19th day of December, 2005.

*George Esensoy*
George Esensoy
7601 Foxfire Drive
Huntsville, Alabama
35802

-1-

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Attorney General for the State of Alabama, State House, 11 South Union Street, Montgomery Alabama, 36104 and the defendants, the justices on the Criminal Court of Appeals, at 300 Dexter Avenue, P.O. Box 301555, Montgomery, Alabama, 36130-1555, by placing a copy of same in the United States Mail, postage prepaid, address as above, each their last known address, on this the 19th day of December, 2005.

*George Esensoy*
George Esensoy
7601 Foxfire Drive
Huntsville, Alabama
35802