IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE C. ESENSOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-1063-WKW |
| | ) | (WO) |
| H.W. "BUCKY" MCMILLAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On December 6, 2005, the Magistrate Judge filed a Recommendation (Doc. # 7) in this case, finding that the plaintiff's complaint is due to be dismissed on the grounds of judicial immunity and under the *Rooker-Feldman* doctrine. The plaintiff filed an objection on December 16, 2005 (Doc. # 13). After an independent and de novo review of the record, the court finds that, pursuant to the *Rooker-Feldman* doctrine, it does not have jurisdiction over this matter.

It is therefore ORDERED that:

1. The objection (Doc. # 13) is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. #7) is ADOPTED.

3. The plaintiff's Motion to Correct Clerical Error (Doc. # 14) is GRANTED.

2. This case is DISMISSED with prejudice for lack of subject matter jurisdiction.

DONE this the 22nd day of February, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE