IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE C. ESENSOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1063-WKW |
| ) | (WO) |
| H.W. "BUCKY" MCMILLAN, et al., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the order entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED with prejudice

DONE this the 22nd day of February, 2006.


    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE