IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE C. ESENSOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1063-WKW |
| | ) (WO) |
| H.W. "BUCKY" MCMILLAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the Court on plaintiff's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) (Doc. # 18), filed on March 1, 2006. Upon consideration, it is hereby ORDERED that the motion is DENIED.

DONE this the 18th day of April, 2006.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE