IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

RECEIVED
2006 MAY -1  A 9:44

GEORGE C. ESENSOY, a/k/a )
GEORGE C. ESENSOI )
)
Plaintiff, )
)
vs. )    Case No. 2:05-CV-1063-WKW
)
)
H.W. "BUCKY" Mc MILLAN, )
SUE BELL COBB, PAMELA W. BASCHAB )
GREG SHAW, A. KELLI WISE, individually )
and in his/her capacity as justices of the )
Alabama Court of Criminal Appeals )
)
Defendants. )

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, George Esensoy, in the above-named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment entered in this action on the 22nd day of February, 2006.

George Esensoy
7601 Foxfire Drive
Huntsville Al, 35802