# United States Court of Appeals
For the Eleventh Circuit

RECEIVED

2007 JUN 18 P 12:32

[CLERK stamp, MIDDLE DISTRICT ALA]

No. 06-12580

District Court Docket No.
05-01063-CV-W-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jan 31, 2007

THOMAS K. KAHN
CLERK

GEORGE C. ESENSOY,

    Plaintiff-Appellant,

versus

H. W. BUCKY MCMILLAN,
SUE BELL COBB,
PAMELA W. BASCHAB,
GREG SHAW,
A. KELLI WISE,
individually and in their capacities
as justices of the Alabama Court of
Criminal Appeals,

    Defendants-Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

[ISSUED AS MANDATE stamp, JUN 1 5 2007, U.S. COURT OF APPEALS, ATLANTA, GA.]

Entered:    January 31, 2007
For the Court:    Thomas K. Kahn, Clerk
    By:    Gilman, Nancy