RECEIVED

2008 JAN 23 A 9: 22

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 17, 2008

**Appeal Number: 06-12580-CC**
Case Style: George C. Esensoy v. H. W. Bucky McMillan
District Court Number: 05-01063 CV-W-N

TO: Debra P. Hackett

CC: Hon. Mark E. Fuller

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 17, 2008

RECEIVED
2008 JAN 23 A 9: 22
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 06-12580-CC**
Case Style: George C. Esensoy v. H. W. Bucky McMillan
District Court Number: 05-01063 CV-W-N

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Eleanor Dixon (404) 335-6172

c: District Court Judge

MDT-4 (04-2007)